FILED

2021 MAY 20   AM 9: 57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____ *eva*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br><br>v.<br><br>Valentina Benitez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA21-356M<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: <u>Federal Probation Violation Petition</u>
in the <u>SOUTHERN</u> District of <u>California</u> on <u>5/18/21</u>
at <u>10:22</u> ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about <u>April/2021</u>
in violation of Title <u>18</u> U.S.C., Section(s) <u>3583</u>
to wit:

A warrant for defendant's arrest was issued by: <u>The Honorable Janis L. Sammartino</u>

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>5/20/21</u>
<span style="padding-left:2em">Date</span>

_____
Signature of Agent

**ADRIAN BRAVO**
Print Name of Agent

**USMS**
Agency

**Deputy U.S. Marshal**
Title